■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREA DAVIS, Appellant. [642 NYS2d 836] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Lawton, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHERYL KRYSZTOF, Appellant. [642 NYS2d 836] —Judgment unanimously affirmed (see, People v Serafini, 213 AD2d 1066, lv denied 85 NY2d 980). (Appeal from Judgment of Erie County Court, D'Amico, J.—Grand Larceny, 4th Degree.) Present—Green, J. P., Pine, Lawton, Balio and Boehm, JJ.

■ DEBBIE M. WRIGHT et al., Respondents, v FAY's DRUGS INCORPORATED, Appellant. [642 NYS2d 836] —Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Defendant contends that Supreme Court erred in denying its motion for summary judgment dismissing the complaint in this personal injury action. We agree. Debbie M. Wright (plaintiff) allegedly slipped on a puddle of water and fell in a store owned by defendant. Defendant established by proof in admissible form that it had no actual or constructive notice of the alleged dangerous condition (see, Gordon v American Museum of Natural History, 67 NY2d 836, 837-838). Plaintiff failed to raise an issue of fact requiring a trial (see, Evans v Wegmans Food & Pharmacy, 226 AD2d 1132 [decided herewith]; Milea v Ames Dept. Store, 219 AD2d 798; Anderson v Klein's Foods, 139 AD2d 904, affd 73 NY2d 835, rearg denied 73 NY2d 918). (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Green, J. P., Pine, Balio and Boehm, JJ.